# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TITAN OF LOUISIANA, INC.

VERSUS

STATE OF LOUISIANA, DIVISION
OF ADMINISTRATION, OFFICE
OF COMMUNITY DEVELOPMENT
AND SHAW ENVIRONMENTAL &
INFRASTRUCTURE, INC.

NO.   2024 CW 0741

**SEPTEMBER 23, 2024**

---

In Re:    Aptim Government Solutions, LLC f/k/a Shaw Environmental
          & Infrastructure, LLC, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 620966.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                        MRT
                        WRC
                        CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT